JAN CHILTON (State Bar No. 47582)
Email: jtc@severson.com
ADIL HAQ (State Bar No. 255435)
Email: ah@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ROBERT DAVID BLACK, | Case No.: 4:09-cv-05957-SBA |
|---|---|
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER THERETO** |
| vs. | |
| TD AMERITRADE, INC., BANK OF AMERICA, N.A., and ALAN GIN, | Judge: Hon. Saundra Brown Armstrong |
| Defendants. | |

Please substitute Adil Haq as counsel for defendant Bank of America, N.A. in the above captioned case.

New counsel's contact information and state bar number are as follows:

ADIL HAQ (State Bar No. 255435)
Email: ah@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

All further pleadings, orders and notices for Bank of America, N.A. should be sent to new counsel Adil Haq.

11608/0583/780589.1 — SUBSTITUTION OF COUNSEL
Case No. 4:09-cv-05957-SBA

████████████

| | | |
|---|---|---|
| DATED: January 4, 2010 | | SEVERSON & WERSON |
| | | A Professional Corporation |
| | | By: _____/s/ Adil Haq_____ |
| | | Adil Haq |
| | | New Counsel for Defendant Bank of America, N.A. |
| DATED: January 4, 2010 | | Bank of America, N.A. |
| | | By: _____/s/ Deborah Daniloff_____ |
| | | Deborah Daniloff |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

IT IS SO ORDERED.

DATED: **1-11-10**    _[signature]_
The Honorable Saundra Brown Armstrong
U.S. District Court Judge



## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER THERETO**

on all interested parties in said case addressed as follows:

Rupert F. Barron
Hirsch & Westheimer, P.C.
700 Louisiana
Suite 2550
Houston, TX 77002

Jeremy A. Burns
Carr McClellan Ingersoll Thompson & Horn, P.C.
216 Park Road
Burlingame, CA 94010

Ronald G. Houdyshell
Attorney at Law
1100 West 6th Street
Suite D
Austin, TX 78703

Leslie Sara Hyman
Cox Smith Matthews Incorporated
112 East Pecan Street
Suite 1800
San Antonio, TX 78205

Kevin F. Lee
Thompson Coe Cousins & Irons, LLP
701 Brazos
Suite 1500
Austin, TX 78701

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on January 4, 2010.

*Karri L. Murphy*
Karri L. Murphy