1  Jeremy A. Burns, Esq. (Bar No. 239917)
       jburns@carr-mcclellan.com
2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
3  216 Park Road
   P.O. Box 513
4  Burlingame, California 94011-0513
   Telephone:   (650) 342-9600
5  Facsimile:   (650) 342-7685

6  Attorneys for Defendant and Claimant
   Alan Gin, an individual
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         Oakland Division

11 | ROBERT DAVID BLACK,              | No. 4:09-cv-05957-SBA
   | Plaintiff,                       |
12 |                                  | NOTICE OF SUBSTITUTION OF
   |                                  | COUNSEL AND [PROPOSED] ORDER
13 | vs.                              | THERETO
   |                                  |
14 | TD AMERITRADE, INC., BANK OF     | Judge: Hon. Saundra Brown Armstrong
   | AMERICA, N.A., and ALAN GIN,     |
15 |                                  |
   |         Defendants.              |
16

17

18     As this case is no longer pending in the State of Texas, Leslie Sarah Hyman no longer

19 represents Defendant Alan Gin.

20     All further pleadings, order and notices for Alan Gin should be set to counsel Jeremy A.

21 Burns.

22 Dated: March 15, 2010       CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                                Professional Law Corporation
23

24
                            By: _____  /s Jeremy A. Burns
25                                         Jeremy A. Burns
                              Counsel for Defendant and Claimant Alan Gin
26

27

28

1  Dated:                                    COX SMITH MATTHEWS INC.
2
3
4                          By: _____/s Leslie Sarah Hyman_____
                                    Leslie Sarah Hyman
5                          Former Attorney for Defendant and Claimant
                                    Robert David Black
6
7      IT IS SO ORDERED.
8  Dated:
                                    _____
9  3-29-10                          The Honorable Saundra Brown Armstrong
                                    U.S. District Court Judge

## CERTIFICATE OF SERVICE

I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

On the date set forth below, I served the attached:

**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER THERETO**

on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Kevin F. Lee | Ronald G. Houdyshell |
| William N. Radford | Attorney at Law |
| Thompson, Coe, Cousins & Irons LLP | 1100 West 6th Street, Suite D |
| 701 Brazos, Suite 1500 | Austin, TX  78703 |
| Austin, TX  78791 | |
| | Adil Haq, Esq. |
| Leslie Sara Hyman | Severson & Werson |
| Cox Smith Matthews Inc. | 700 N. Pearl Street, Suite 2500 |
| 112 E. Pecan St., Suite 1800 | Dallas, TX  75201 |
| San Antonio, CA  78205 | |

[X]  **By placing in office mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Burlingame, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 17 , 2010

                                     /s/          Jo Trego