1  Jeremy A. Burns, Esq. (Bar No. 239917)
    jburns@carr-mcclellan.com
2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
3  216 Park Road
   P.O. Box 513
4  Burlingame, California  94011-0513
   Telephone:     (650) 342-9600
5  Facsimile:     (650) 342-7685

6  Attorneys for Defendant and Claimant
   Alan Gin, an individual
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **Oakland Division**

11 ROBERT DAVID BLACK,                    No. 4:09-cv-05957-SBA
   Plaintiff,
12                                        STIPULATION AND ORDER TO
                                          INTERPLEAD FUNDS
13 vs.

14 TD AMERITRADE, INC., BANK OF
   AMERICA, N.A., and ALAN GIN,
15          Defendants.

16

17        Pursuant to 28 USC § 1335 and Rule 22 of the Federal Rules of Civil Procedure, all

18 parties have requested that Defendant Bank of America, N.A. be permitted to interplead the

19 funds it holds on deposit.  These funds are subject to the rival claims of Plaintiff Robert David

20 Black and Defendant Alan Gin.  The Court having carefully considered the Parties' request,

21 orders as follows:

22        It is ORDERED that Defendant Bank of America, N.A. shall deposit into the Registry of

23 this Court the full balance of that certain Bank of America account ending with the four digits

24 "9541" (the "Bank Account") having a current balance of approximately $277,572.72; and,

25 \\

26 \\

27 \\

28 \\

The Court further ORDERS that upon deposit into the Registry of this Court of the full balance of said Bank Account, Defendant Bank of America, N.A. shall be deemed dismissed as a party to this lawsuit and discharged from all claims based on the Bank Account and the interpled funds without necessity of further Order of this Court.

SIGNED this the _22nd day of April, 2010.

_____
Saundra B. Armstrong
United States District Judge

STIPULATED AND AGREED:

Dated: April 15, 2010

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____/s_____
Jeremy A. Burns
Attorneys for Defendant and Claimant
Alan Gin

HOUDYSHELL & PARTNERS, LLC

By: _____/s_____
Ronald G. Houdyshell
Attorneys for Plaintiff and Claimant
Robert David Black

SEVERSON & WERSON
A Professional Corporation

By: _____/s_____
Adil Haq
Attorneys for Defendant and Interpleader
Bank of America, N.A.

THOMPSON, COE, COUSINS & IRONS, LLP

By: _____/s_____
William N. Radford
*Appearing pro hac vice*
Attorneys for Defendant TD Ameritrade, Inc.