Jeremy A. Burns, Esq. (Bar No. 239917)
    jburns@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California  94011-0513
Telephone:    (650) 342-9600
Facsimile:    (650) 342-7685

Attorneys for Defendant and Claimant
Alan Gin, an individual

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### Oakland Division

| | |
|---|---|
| ROBERT DAVID BLACK,<br>Plaintiff,<br><br>vs.<br><br>TD AMERITRADE, INC., BANK OF AMERICA, N.A., and ALAN GIN,<br>Defendants. | No. 4:09-cv-05957-SBA<br><br>STIPULATION AND FINAL JUDGMENT |

Plaintiff Robert David Black and Defendant Alan Gin have resolved their rival claims to the funds totaling $277,572.72 deposited by Defendant Bank of America, N.A. into the Registry of this Court and stipulate that such funds should be disbursed to Plaintiff Robert David Black in the sum of $253,193.90 and to Defendant Alan Gin in the sum of $24,378.82, that Plaintiff Robert David Black take nothing against Defendant TD Ameritrade, Inc., and that Final Judgment be entered. The Court having carefully considered the Parties' request, orders as follows:

It is ORDERED that the Clerk of this Court disburse from the Registry of this Court the amounts stipulated above pursuant to written instructions to be provided by the respective counsel for Plaintiff Robert David Black and Defendant Alan Gin, and,

\\

\\

The Court further ORDERS that Plaintiff Robert David Black take nothing against Defendant TD Ameritrade, Inc., and there being no further matters before this Court, this is the Final Judgment of this Court.

SIGNED this the __6th__ day of __May__, 2010.

*Saundra B. Armstrong*
Saundra B. Armstrong
United States District Judge

STIPULATED AND AGREED:

Dated: April 29, 2010

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____/s_____
Jeremy A. Burns
Attorneys for Defendant and Claimant
Alan Gin

HOUDYSHELL + PARTNERS, LLC

By: _____/s_____
Ronald G. Houdyshell
Attorneys for Plaintiff and Claimant
Robert David Black

THOMPSON, COE, COUSINS & IRONS, LLP

By: _____/s_____
William N. Radford
*Appearing pro hac vice*
Attorneys for Defendant TD Ameritrade, Inc.