Jeremy A. Burns, Esq. (Bar No. 239917)
  jburns@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California  94011-0513
Telephone:     (650) 342-9600
Facsimile:      (650) 342-7685

Attorneys for Defendant and Claimant
Alan Gin, an individual

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### Oakland Division

| | |
|---|---|
| ROBERT DAVID BLACK,<br>Plaintiff,<br><br>vs.<br><br>TD AMERITRADE, INC., BANK OF AMERICA, N.A., and ALAN GIN,<br>Defendants. | No. 4:09-cv-05957-SBA<br><br>STIPULATION AND ORDER |

Subsequent to the Stipulation and Final Judgment signed by this Court on May 6, 2010, Defendant Bank of America, N.A. deposited an additional sum of $2.21 into the Registry of this Court.  Plaintiff Robert David Black and Defendant Alan Gin hereby stipulate that all such funds should be disbursed to Defendant Alan Gin and request an Order from the Court for such disbursement .  This Court having carefully considered the Parties' request, orders as follows:

It is ORDERED that the Clerk of this Court disburse from the Registry of this Court to Defendant Alan Gin, the sum of $2.21.

SIGNED this the _9th day of _June, 2010.

_____
Saundra B. Armstrong
United States District Judge